BEEKMAN G. MITCHELL, Respondent, v. MARINE BASIN COMPANY, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Lazansky, P. J., Young, Kapper, Seeger and Carswell, JJ.

ELIAS A. MOINESTER, Respondent, v. MAX SOHENSKY and Others, Appellants. — Motion to dismiss appeal denied, without costs, upon condition that appellant perfect the appeal for the March, 1928, term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Seeger and Carswell, JJ.

NEDLIN REALTY CO., INC., Respondent, v. SAMUEL BACHNER and Others, Defendants. JOHN BLUE and Others, Appellants.— Motion for stay granted, without costs. Present — Lazansky, P. J., Young, Kapper, Seeger and Carswell, JJ.

GEORGE OLSEN, Respondent, v. T. HOGAN & SONS, INC., Appellant. INTERNATIONAL MERCANTILE MARINE COMPANY, Defendant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Seeger and Carswell, JJ.

PAUCHOGUE LAND CORPORATION, Appellant, v. LONG ISLAND STATE PARK COMMISSION, ROBERT MOSES and Others, Individually and as Commissioners, etc., Respondents.— A reargument of this appeal having been ordered, the motion to dismiss the appeal is denied, without costs. Present — Lazansky, P. J., Rich, Young, Hagarty and Carswell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES PARADISO, Appellant.— Motion for resettlement of the order of this court dated December 23, 1927, granted so that the order shall read as follows: " It is Ordered and Adjudged that the judgment of conviction so appealed from be and the same is hereby modified by striking therefrom the words ' and five years to ten years additional pursuant to section 1944 of the Penal Law,'* and as so modified affirmed, pursuant to the provisions of section 542 of the Code of Criminal Procedure. The modification of the sentence herein is for error of law only. Young, Rich and Lazansky, JJ., concur; Kapper and Hagarty, JJ., dissent." Present — Lazansky, P. J., Young, Kapper, Seeger and Carswell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHARLES E. HEINECKE and Others, Appellants, v. GEORGE V. McLAUGHLIN, etc., Respondent.— Motion for reargument denied, without costs. The motion for leave to appeal to the Court of Appeals was withdrawn on the argument. Present — Lazansky, P. J., Young, Kapper, Seeger and Carswell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. PHILIP LUTZ, Relator, v. GEORGE V. McLAUGHLIN, as Police Commissioner, etc., Respondent.— Motion to resettle order denied, without costs. Present — Lazansky, P. J., Young, Kapper, Seeger and Carswell, JJ.

SADIE ROSENZWEIG, Respondent, v. LAEMMLE BUILDING CORPORATION and Another, Defendants, and JOHN H. DUNCAN, INC., Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Lazansky, P. J., Young, Kapper, Seeger and Carswell, JJ.

*Added by Laws of 1926, chap. 705, as amd. by Laws of 1927, chap. 342. See *ante*, p. 774.— [REP.